May 15th 2023

Good day your honor,

    I hope this letter reaches you well and look forward to meeting you in person June 6th for my little brother Rickley Senning's sentencing. I appreciate you taking the time to read this letter and allowing it to possibly hold some weight in the time you choose to sentence him to. Hopefully less time. I am aware Rick has made many bad grave mistakes, but I don't want to take your time to focus on said mistakes but wish to share with you the plans Rick (his nickname since childhood) and I have discussed at great length. Rick and I have discussed what the bigger picture to all the trauma, tragedy, mental illness and substance abuse, abandonment and more he has been forced to endure his entire life. It has not been easy for him, for myself or any of my siblings, one of which tragically died two years ago at only 32 years old. We have come to the conclusion how much of a true impact sharing his story and experiences in life can have on a young person. Especially those who have been abandoned or themselves are struggling with mental illness.

While staying sober and using the knowledge of those experiences he plans to get involved in outreach programs for youths and young offenders. Or even starting his own crime prevention program for young people suffering from mental Illness. We know by sharing his story and getting involved he can not only help encourage young people to choose other paths, but he can also help himself by helping them. You can't keep what you aren't willing to give away.

 He dreams of learning a trade and helping others choose that path instead of struggling to survive on the streets. Rick also has a brilliant idea of starting a community volunteer publishing company for incarcerated people. Sadly, because most of his life has been stolen by his time spent in prisons, drug abuse and severe mental health issues he has been able to see what incredible talent there is within the prison walls. There are so many writers and artists who have no way to share their work with the world. He would like with my help to organize volunteers to help these people publish their hard work. We both know that when you are incarcerated to have a real goal, you're working toward such a thing as publishing a book can make or break the time that person spends away. I think this is a great idea and can't wait to help him make it a reality. Rick also has a beautiful friendly dog named nala who is in my care until he is released.

 He is a great pet parent, and she loves him so much. I know they are both anxiously awaiting the time they will be reunited. As do I, my dad, my brother and sister, our aunts and uncle and our childhood friends. Rick is so so so loved even if sometimes he forgets that. Please don't take him away from us for long. Judge, please allow for the least amount of jail time possible to allow Rick to restart his life, making a positive impact on this world in the time he has left on this planet and for not just himself, the world but for all the future generations to come. I love you so much brother and can't wait to be reunited again.

Please contact me with any questions, I would be more than happy to elaborate.

Best Regards,

*Jessica Senning*
*[signature]*

5021 Adrian St
Rockville, MD 20853
240-644-3201